FILED

04/06/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0233

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0233

_____

IN THE MARRIAGE OF:

JASON C. MILLER,

      Petitioner and Appellee,

   v.

ERIN O. MILLER,                          O R D E R

      Respondent and Appellant,

and

CHRISTIAN F. MILLER,

      Intervenor and Appellee.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Leslie Halligan, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 6 2022